## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER 262-676-9536** | Case No. 25-SW-144<br><br>**Filed Under Seal** |

### MOTION TO SEAL SEARCH WARRANT AND AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

**COMES NOW,** the United States, by and through Joseph C. Murphy, Jr., the Interim United States Attorney for the Western District of Tennessee, and William C. Bateman III, Assistant United States Attorney, respectfully moves this Honorable Court to order the Search Warrant, Application for Search Warrant, Affidavit in Support of the Search Warrant, Motion to Seal, and the proposed Order to Seal, filed in the above-referenced matter to be sealed until further order of the Court. This matter involves an on-going criminal investigation and premature disclosure of facts contained within the said documents could adversely affect or otherwise jeopardize said investigation.

Respectfully submitted,

Joseph C. Murphy, Jr.
Interim United States Attorney


/s/ *William C. Bateman III*
William C. Bateman III
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, Tennessee 38103